IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARRA ARCOS and GLENDA AGUILAR,<br><br>Defendants. | 4:23-CR-3039<br><br>FINAL ORDER OF FORFEITURE |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 112). On November 8, 2023, the Court entered a Preliminary Order of Forfeiture (filing 84) pursuant to 21 U.S.C. § 853, based on Tarra Arcos' and Glenda Aguilar's pleas of guilty to possessing methamphetamine with intent to distribute it, in violation of 21 U.S.C. § 841 and § 846, and the defendants' admissions of the forfeiture allegation brought against them. By way of the preliminary order of forfeiture, the defendants' interest in $66,308 in United States currency was forfeited to the United States. Filing 84.

    As directed by the order, a Notice of Criminal Forfeiture was posted beginning on November 9, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 109) was filed on February 5, 2024. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 112) is granted.

2. All right, title, and interest in and to the $66,308 in United States currency held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 5th day of February, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge